UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

INDICTMENT FOR CONSPIRACY TO PRODUCE CHILD PORNOGRAPHY, PRODUCTION OF CHILD PORNOGRAPHY, CONSPIRACY TO DISTRIBUTE CHILD PORNOGRAPHY, RECEIPT OF CHILD PORNOGRAPHY AND NOTICE OF FORFEITURE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 23- |
| | : | |
| *versus* | : | 18 U.S.C. § 2251(a) |
| | : | 18 U.S.C. § 2251(e) |
| HANNAH KINCHEN | : | 18 U.S.C. § 2251(b) |
| | : | 18 U.S.C. § 2252A(a)(2) |
| | : | 18 U.S.C. § 2252A(b)(1) |
| | : | 18 U.S.C. § 2253 |
| | : | 21 U.S.C. § 853(p) |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**Conspiracy to Produce Child Pornography**
**(18 U.S.C. §§ 2251(a) and (e))**

In or about July 2020, and continuing through at least in or about October 2020, in the Middle District of Louisiana and elsewhere, **HANNAH KINCHEN**, defendant herein, did conspire with Co-Conspirator 1 to employ, use, persuade, induce, entice, and coerce MINOR VICTIM A, who had not attained the age of 18, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, and such visual depiction was actually transported and transmitted in and affecting interstate commerce.

The above is a violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT TWO
### Production of Child Pornography
### (18 U.S.C. § 2251(b))

In or about July 2020, and continuing through at least in or about October 2020, in the Middle District of Louisiana and elsewhere, **HANNAH KINCHEN**, defendant herein, being a person having control of MINOR VICTIM A, who had not attained the age of 18, did knowingly permit MINOR VICTIM A to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, and such visual depiction was actually transported and transmitted in and affecting interstate and foreign commerce.

The above is a violation of Title 18, United States Code, Section 2251(b).

## COUNT THREE
### Conspiracy to Distribute Child Pornography
### (18 U.S.C. §§ 2252A(a)(2) and (b)(1))

In or about July 2020, and continuing through at least in or about October 2020, in the Middle District of Louisiana and elsewhere, **HANNAH KINCHEN**, defendant herein, did conspire with Co-Conspirator 1 and others to knowingly distribute child pornography and material that contains child pornography using any means and facility of interstate and foreign commerce and that has been mailed, and has been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

The above is a violation of Title 18, United States Code, Sections 2252A(a)(2) and (b)(1).

## COUNT FOUR
### Receipt of Child Pornography
### (18 U.S.C. §§ 2252A(a)(2) and (b)(1))

On or about August 1, 2020, in the Middle District of Louisiana and elsewhere, **HANNAH KINCHEN**, defendant herein, attempted to and did knowingly receive child pornography and material that contains child pornography using any means and facility of interstate and foreign commerce and that has been mailed, and has been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

The above is a violation of Title 18, United States Code, Sections 2252A(a)(2) and (b)(1).

## NOTICE OF FORFEITURE

1. The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2253.

2. Pursuant to Title 18, United States Code, Section 2253, upon conviction of any of the offenses in violation of Title 18, United States Code, Sections 2251 or 2252A, **HANNAH KINCHEN**, defendant herein, shall forfeit to the United States of America:

   a. Any visual depiction described in Title 18, United States Code, Sections 2251 or 2252A, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

   b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and

   c. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offense or any property traceable to such property.

Furthermore, the United States intends to seek a forfeiture money judgement against the defendant and in favor of the United States.

3. If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and by Title 28, United States Code, Section 2461(c).

UNITED STATES OF AMERICA, BY

_____
RONALD C. GATHE, JR.
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF LOUISIANA

_____
KRISTEN LUNDIN CRAIG
ASSISTANT UNITED STATES ATTORNEY

_____
CHARLES D. SCHMITZ
TRIAL ATTORNEY
DEPARTMENT OF JUSTICE

A TRUE BILL

**REDACTED PER PRIVACY ACT**
_____
GRAND JURY FOREPERSON

9/7/23
_____
DATE

## Criminal Cover Sheet     U.S. District Court

**Place of Offense:**

City: Baton Rouge

County/Parish: East Baton Rouge

*Investigating Agency: FBI

*Agent: David Borgetti

**Matter to be sealed:** ☑ Yes    ☐ No

Related Case Information:

Superseding _____ Docket Number _____
Same Defendant _____ New Defendant  X
Magistrate Case Number: _____
Search Warrant Case No.: _____
R 20/ R 40 from District of: _____
Any Other Related Cases: Grant Durtschi 22-29-JWD-RLB

**Defendant Information:**

Defendant Name: Hannah Kinchen

Alias: _____

Address: _____

Birthdate: _____ SS #: _____ Sex: _____ Race: _____ Nationality: _____

**U.S. Attorney Information:**

AUSA: Kristen L. Craig     Bar #: LBM 32565

Interpreter: ☐ Yes   ☑ No    List language and/or dialect: _____

**Location Status:**

Arrest Date _____

_____ Already in Federal Custody as of
_____ Already in State Custody
_____ On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: 4

| Code | Description of Offense Charged | Count(s) | Petty/Misdemeanor/Felony |
|---|---|---|---|
| 18 U.S.C. §§ 2251(a) and (e) | Conspiracy to Produce Child Pornography | 1 | F |
| 18 U.S.C. § 2251(b) | Production of Child Pornography | 2 | F |
| 18 U.S.C. §§ 2252A(a)(2) and (b)(1) | Conspiracy to Distribute Child Pornography | 3 | F |
| 18 U.S.C. §§ 2252A(a)(2) and (b)(1) | Receipt of Child Pornography | 4 | F |

(May be continued on second sheet)

Date: 9/7/2023     Signature of AUSA: *KC* (signed)