UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

*GRAND JURY RETURN*

Date: September 8, 2023

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL |
| VERSUS | NO. 23-77-BAJ-RLB |
| HANNAH KINCHEN | |

PRESENT:   Jamie Flowers
           Counsel for U.S.A.

Indictment filed.

This matter is filed under SEAL until the defendant is arrested or makes initial appearances, whichever occurs first, unless otherwise specifically ordered to the contrary.

Arrest warrant issued.

\* \* \* \* \*