UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action 23-77-BAJ-RLB |
| -vs- | |
| HANNAH KINCHEN | AUSA: Elizabeth White<br>Deft. Atty.: Jarrett Ambeau |

| | | | |
|---|---|---|---|
| **JUDGE:** | Richard L. Bourgeois, Jr. | **DATE:** | September 13, 2023 |
| **DEPUTY CLERK:** | Samantha O'Neill | **REPORTER/COURTROOM:** | FTR GOLD/CTRM 6 |
| **INTERPRETER:** | | **PRETRIAL/PROBATION:** | Erica Hives Johnson |

**CLERK'S MINUTES**
**INITIAL APPEARANCE, ARRAIGNMENT, AND DETENTION HEARING**

Jarrett Ambeau made an appearance on behalf of the defendant.

The defendant was sworn, advised of her rights and the purpose of this hearing.

The defendant was informed of the charges pending against her in the Indictment.

The government moved for detention of the defendant under 18 U.S.C. §3142(f)(1)(E) as this case involves a minor victim and noted that this is a presumption case.

The parties were ready to move forward with a detention hearing.

The government requested that the Court take judicial notice of the Indictment, the pretrial services report, and the application for search warrant and search warrant contained in case number 22-mj-15.

The Court took judicial notice of the requested documents.

Counsel for defendant proffered information to the Court.

Defense counsel proffered Exhibit 1 to the Court, which the parties requested be filed under seal. The Court granted the oral request.

C;Cr1: T:00:10
C;Cr13: T:00:25
C;Cr23: T:00:10

**Ben Kinchen was called as a witness on behalf of the defendant. Counsel for the government cross-examined the witness.**

**The government moved to withdraw the motion for detention.**

**For oral reasons, the court found that the defendant presented evidence sufficient to rebut the presumption and advised that there is a combination of conditions that could reasonably assure the appearance of the defendant and the safety of the community.**

**The defendant was advised of the standard and special conditions of release, as well as the consequences of violating those conditions.**

**The Order Setting Conditions of Release was signed and filed.**

**The defendant agreed to go forward with the arraignment this date.**

**The defendant was informed of the charges pending against her and the maximum possible penalties.**

**The defendant entered a plea of NOT GUILTY to Counts 1 – 4 of the Indictment.**

**The court accepted the defendant's pleas of NOT GUILTY and will issue a scheduling order.**

**The court advised counsel that the pretrial conference is scheduled for October 11, 2023 at 1:30 p.m. in Room 375 before United States District Judge Brian A. Jackson, and the trial is scheduled for November 6, 2023 at 8:30 a.m. in Courtroom Two.**

**The parties were advised that, pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so. Failing to do so in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges,**

C;Cr1: T:00:10
C;Cr13: T:00:25
C;Cr23: T:00:10

**contempt proceedings, or sanctions by the Court. This oral order is entered under Rule 5(f)(1) of the Federal Rules of Criminal Procedure.**

**The defendant was released on her personal recognizance with conditions.**

C;Cr1: T:00:10
C;Cr13: T:00:25
C;Cr23: T:00:10