UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 23-77-BAJ-RLB** |
| **HANNAH KINCHEN** | |

## SCHEDULING ORDER

The following deadlines will apply, and the time periods in this order shall be computed starting on the day following the defendant's arraignment.

| | |
|---|---|
| **Defendant requests discovery** | 10 days from the day following arraignment |
| **Government responds to discovery** | 5 days from service of discovery request |
| **Defendant files motion to compel response** | 5 days after due date of Government's response to discovery |
| **Government responds to motion to compel** | 10 days from service of motion to compel |
| **Government requests discovery** | 15 days from the day following arraignment |
| **Defendant responds to discovery** | 5 days from service of discovery request |
| **Government files motion to compel responses** | 5 days from due date of Defendant's response to discovery |
| **Defendant responds to motion to compel** | 10 days from service of motion to compel |
| **Substantive motions must be filed** | 25 days from the day following arraignment |
| **Government and Defendant expert witness disclosures** | 10 days from the day following arraignment, unless otherwise ordered by the Court |
| **Response to expert witness disclosures** | 5 days prior to the pretrial conference, unless otherwise ordered by the Court |

IT IS ORDERED that this matter is set for a pretrial conference on October 11, 2023 at 1:30 p.m. in Room 375 before United States District Judge Brian A. Jackson.

**IT IS FURTHER ORDERED that this matter is set for a Jury Trial on November 6, 2023 at 8:30 a.m. before United States District Judge Brian A. Jackson, in Courtroom Two**.

Signed in Baton Rouge, Louisiana, on September 14, 2023.

_____
**RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE**