UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 23-77-BAJ-RLB |
| HANNAH KINCHEN | |

**ORDER**

    Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so. Failing to do so in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court. This written order is entered under Rule 5(f)(1) of the Federal Rules of Criminal Procedure and is in addition to the oral order entered by the court on the first scheduled court date when both the prosecutor and defense counsel were present.

    Signed in Baton Rouge, Louisiana, on September 14, 2023.

                                                     **RICHARD L. BOURGEOIS, JR.**
                                                     **UNITED STATES MAGISTRATE JUDGE**