# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | |
| HANNAH KINCHEN | NO. 23-00077-BAJ-RLB |

### ORDER

**IT IS ORDERED** that Defendant's **Motion To Enroll Counsel (Doc. 5)** be and is hereby **GRANTED**, and that Jarrett P. Ambeau of the Ambeau Law Firm be and is hereby enrolled as counsel for Defendant in the above-captioned matter.

Baton Rouge, Louisiana, this 28th day of September, 2023

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**