**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL DOCKET NO. 23-77-BAJ-RLB** |
| **VERSUS** | **JUDGE BRIAN A. JACKSON** |
| **HANNAH KELLY KINCHEN** | |

**UNOPPOSED MOTION TO DECLARE CASE COMPLEX
PURSUANT TO 18 USC 3161 AND CONTINUE TRIAL DATE**

**HANNAH KELLY KINCHEN**, by and through the undersigned counsel, respectfully submits this motion to declare her case as complex, to continue the trial, and reset the substantive motion filing deadline, for the reasons set forth below.

1.

Mrs. Kinchen was indicted on September 7, 2023. A date and time for a Pre-Trial Conference has been set for October 11, 2023 at 1:30pm. Jury Trial in this matter is currently set for November 6, 2023.

2.

The United States has made a timely disclosure of discovery in this case with a disclosure on October 4, 2023. The amount of discovery in this case is significant. It includes over a thousand pages of documents and spreadsheets. The undersigned will not be able to review all of the discovery in a sufficiently thorough manner before the current Jury Trial date of November 6, 2023.

3.

Undersigned counsel does not believe it is practical that he can review all of these documents and do all of the necessary research in order to be effective and competent counsel for the Defendant within the time limits set by the Speedy Trial Act, 18 USC § 3161, et seq. Undersigned counsel moves this Court to declare this case complex pursuant to 18 USC § 3161 (h)(7)(A) & (B) (ii). This case is complex due to the nature of the prosecution and the overwhelming number of discovery documents that have been produced. Undersigned counsel believes it is unreasonable to expect adequate preparation for pretrial proceedings, or for the Trial itself within the limits established by the Speedy Trial Act, 18 USC § 3161, et seq.

4.

Counsel believes that in light of the above, a continuance of the Trial and the accompanying deadlines currently set will serve the ends of justice and outweigh the best interest of the public and the defendant, as set forth under 18 U.S.C. §3161(h)(7)(B). Specifically, counsel suggests that the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary to review all the evidence, review said evidence with Mrs. Kinchen, and give effective advice as to how to proceed with her defense.

5.

Undersigned counsel has consulted with counsel for the government in this case and she has no opposition to the declaring the case complex 18 USC § 3161 (h)(7)(A) & (B)(ii) continuance of the Trial date.

**WHEREFORE, HANNAH KELLY KINCHEN** prays that this Court grant a continuance of the Trial set for November 6, 2023.

RESPECTFULLY SUBMITTED:

  /s/ Jarrett P. Ambeau
JARRETT P. AMBEAU (32089)
THE AMBEAU LAW FIRM
8460 Bluebonnet Blvd., Ste. A
Baton Rouge, LA 70810
Telephone: (225) 330-7009
Facsimile: (225) 960-5864
Email: jarrett@ambeaulaw.com

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL DOCKET NO. 23-77-BAJ-RLB** |
| **VERSUS** | **JUDGE BRIAN A. JACKSON** |
| **HANNAH KELLY KINCHEN** | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2023, a copy of the foregoing *Unopposed Motion to Declare Case Complex Pursuant to 18 USC 3161 and Continue Trial Date* was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to ECF/Email to all parties by operation of the court's electronic filing system.

s/Jarrett P. Ambeau  
Jarrett P Ambeau