**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL DOCKET NO. 23-77-BAJ-RLB** |
| **VERSUS** | **JUDGE BRIAN A. JACKSON** |
| **HANNAH KELLY KINCHEN** | |

### ORDER

**CONSIDERING THE FOREGOING** *Unopposed Motion to Declare Case Complex Pursuant to 18 USC 3161 and Continue Trial Date:*

**THE COURT FINDS** that Pursuant to 18 U.S.C. § 3161, this case is declared complex due to the existence of voluminous discovery involved in this matter. Based on the representations by counsel, it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established; and the ends of justice served by granting the requested relief outweighs the best interest of the public and the defendant in a speedy trial.

**IT IS FURTHER ORDERED** that pursuant to 18 U.S.C. § 3161(h)(7) that the interests of justice are served by providing additional time for adequate discovery, trial preparation, and pre-trial litigation outweigh the best interests of the public and the defendant in a speedy trial. As such, any period of delay in the trial of this matter shall be deemed excluded from the calculation under the Speedy Trial Act.

**IT IS FURTHER ORDERED** that the trial in the above captioned matter currently scheduled be continued to a later date. The Court specifically finding that such a continuance will serve the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial, as set forth under 18 U.S.C. §3161(h)(7), and further specifically finding that the failure to grant such a

continuance would deny counsel for the defendants the reasonable time necessary for the effective preparation, taking into account the exercise of due diligence.

**IT IS FURTHER ORDERED** that a Scheduling conference in this matter is set on the _____ day of _____, 2023 at _____ _.m., for the purpose of picking a Trial date.

Read and signed this _____ day of _____, 2023 in Baton Rouge, Louisiana.

_____
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA