UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                           CRIMINAL ACTION

VERSUS

HANNAH KINCHEN                                     NO. 23-00077-BAJ-RLB

ORDER DECLARING CASE COMPLEX

Before the Court is Defendant's **Unopposed Motion To Declare Case Complex (Doc. 17)**, which seeks an order certifying this case as complex and continuing the current trial date and related deadlines. *See* 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii).

For good cause shown, the Court finds that the ends of justice served by granting a continuance, declaring this case complex, and suspending the time limits set forth under the Speedy Trial Act outweigh the interests of the public and the Defendant in a speedy trial. Specifically, the Court finds this case to be complex due to the nature of the prosecution, the unique facts and circumstances related to the pending charges, and the volume and nature of discovery—which is already substantial and includes over a thousand pages of documents and spreadsheets, (Doc. 17 at 1)—such that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(B)(ii).

Accordingly,

**IT IS ORDERED** that the Defendant's **Unopposed Motion (Doc. 17)** be and

jury

is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that this case be and is hereby declared **COMPLEX** pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii).

**IT IS FURTHER ORDERED** that the current substantive motion deadline be and is hereby **CONTINUED.**

**IT IS FURTHER ORDERED** that the pretrial conference set for October 11, 2023 at 1:30 p.m. be and is hereby **CONTINUED**.

**IT IS FURTHER ORDERED** that the jury trial currently set to begin on November 6, 2023 be and is hereby **CONTINUED**.

**IT IS FURTHER ORDERED** that on or before October 27, 2023, the parties shall submit a joint status report setting forth proposed deadlines for satisfying all discovery obligations, and for the filing of any substantive motions. Upon receipt of the parties' joint status report, the Court shall set a conference to select a trial date, a pretrial conference date, and related deadlines.

**IT IS FURTHER ORDERED** that the time attributable to the granting of Defendant's Unopposed Motion be and is hereby **EXCLUDED** from the time limits of the Speedy Trial Act, 18 U.S.C. § 3161.

Baton Rouge, Louisiana, this 10th day of October, 2023

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**