# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | |
| **HANNAH KINCHEN** | **NO. 23-00077-BAJ-RLB** |

## PROTECTIVE ORDER

For good cause shown, and for the reasons set forth in the United States' unopposed **Motion For Protective Order Regarding Discovery Materials (Doc. 12)**,

**IT IS ORDERED** that the United States' **Motion For Protective Order Regarding Discovery Materials (Doc. 12)** be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that:

1. To comply with its discovery obligations in this case, the United States will produce discovery ("Discovery Materials") to counsel for Defendant.

2. The Discovery Materials may be used by Defendant, Defendant's counsel, and any employees or agents of Defendant's counsel (hereafter collectively referred to as "the Defense") for the sole purpose of preparing and conducting a defense in this case.

3. The Defense will not disseminate the Discovery Materials directly or indirectly, orally or in writing, to any person except those assisting the Defense, persons who are interviewed as potential witnesses, potential

experts, or other persons authorized by the Court.

4. The Discovery Materials will not be copied or reproduced unless the materials are copied or reproduced for authorized persons to assist the Defense. In the event that copies are made, the copies shall be treated in the same manner as the original material. No Discovery Materials may be left unattended at any place where they can be taken or copied by anyone who is not an authorized person.

5. When providing the Discovery Materials to an authorized person, including Defendant, a member of the Defense must inform the authorized person that the materials are provided subject to the terms of this Protective Order and that the authorized person is bound by the terms of this Protective Order.

6. If any member of the Defense or the prosecution violates any term or condition of this Protective Order, he or she may be held in contempt of court or be subject to other sanctions deemed appropriate by the Court.

7. At the conclusion of this proceeding, all Discovery Materials shall be returned to the United States or destroyed.

8. Nothing in this Protective Order shall prevent any party from applying to the Court for further relief or for modification of any provision herein.

Baton Rouge, Louisiana, this 19th day of October, 2023

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

2