UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 23-77-BAJ-RLB |
| *versus* : | |
| : | **UNDER SEAL** |
| HANNAH KINCHEN : | |

## NOTICE OF RELATED CASE

NOW INTO COURT COMES the United States of America, by and through undersigned counsel, who advises that this criminal matter involving the defendant, Hannah Kinchen, is related to 22-cr-00029-JWD-RLB, another pending criminal action in the Middle District of Louisiana.

The United States provides notice of this related case for whatever action is deemed appropriate by the Court, if any.

Respectfully submitted this 30th day of October, 2023.

UNITED STATES OF AMERICA, by

RONALD C. GATHE, JR.
UNITED STATES ATTORNEY

/s/ Kristen Lundin Craig
Kristen Lundin Craig, LBN 32565
Assistant United States Attorney
777 Florida Street, Suite 208
Baton Rouge, Louisiana 70801
Telephone: (225) 389-0443
Fax: (225) 389-0561
E-mail: kristen.craig@usdoj.gov


Charles Schmitz, CT BN 429457
Trial Attorney U.S. Department of Justice
Child Exploitation and Obscenity Division
1301 New York Avenue NW, Suite 1100
Washington, DC 20530
Telephone: 202-913-4778
Email: charles.schmitz2@usdoj.gov