UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | |
| HANNAH KINCHEN | NO. 23-00077-BAJ-RLB |

<u>**AMENDED SCHEDULING ORDER**</u>

Consistent with the agreed dates and deadlines set forth in the parties' **Joint Status Report (Doc. 22)**,

**IT IS ORDERED** that the September 8, 2023 Scheduling Order (Doc. 3) be and is hereby **AMENDED** as follows:

1. Deadline to satisfy all discovery obligations: **January 1, 2014**.
2. Deadline to file dispositive motions: **January 19, 2024**.
3. Pre-trial conference date: <u>**February 8, 2024 at 2:30 p.m.**</u>

   The pre-trial conference shall occur in Chambers.
4. A 2-day <u>**jury**</u> trial is set for <u>**February 28-29, 2024**</u>, beginning each day at 8:30 a.m. in Courtroom 2.

**IT IS FURTHER ORDERED** that the time attributable to entering this Amended Scheduling Order be and is hereby **EXCLUDED** from the time limits of the Speedy Trial Act, 18 U.S.C. § 3161.

Baton Rouge, Louisiana, this 31st day of October, 2023

*[signature]*
_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

1

JURY