LAM PS1
(Rev. 7/93)

# United States District Court
## District of Louisiana

| | |
|---|---|
| **United States of America** | ) |
| vs. | ) ) ) |
| Hannah Kinchen | ) Case No. 3:23-cr-00077-BAJ-RLB-1 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _Hannah Kinchen_, have discussed with _Chasity Byrd_, Pretrial Services / Probation Officer, modifications of my release conditions as follows:

7(n): Submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

7(o): Participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.

I consent to this modification of my release conditions and agree to abide by this modification.

| _(signature)_ | 12/4/23 | _Chasity Byrd_ | 12/4/2023 |
|---|---|---|---|
| Signature of Defendant | Date | Pretrial Services/Probation Officer | Date |

Kristen Lundin Craig, Assistant U.S. Attorney, and Jarrett P Ambeau, Defense Counsel, were contacted and have no objections to the above modification of bond.

[x] The above modification of conditions of release is ordered, to be effective on _December 19, 2023_.
[ ] The above modification of conditions of release is *not* ordered.

| _(signature)_ | December 19, 2023 |
|---|---|
| Signature of Judicial Officer | Date |