UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET NO. 23-77-BAJ-RLB |
| VERSUS | JUDGE BRIAN A. JACKSON |
| HANNAH KELLY KINCHEN | |

_____

### MOTION TO CONTINUE PRE-TRIAL DEADLINES AND TRIAL

NOW INTO COURT, through undersigned counsel, comes defendant, **HANNAH KINCHEN**, who respectfully requests that the pre-trial deadlines and Jury Trial be continued as Counsel for defendant needs additional time to review the discovery that was made available at the office of the Federal Bureau of Investigations.

Counsel for defendant has contacted US Attorney, Kristen Craig, who has no objection to continuing the Pre-Trial Deadlines and Trial in this matter for an additional sixty (60) days.

WHEREFORE, defendant respectfully prays that this motion be granted and that the Pre-Trial Deadlines and Trial be continued as outlined in the attached Memorandum.

RESPECTFULLY SUBMITTED:

  /s/ Jarrett P. Ambeau
JARRETT P. AMBEAU (32089)
THE AMBEAU LAW FIRM
8460 Bluebonnet Blvd., Ste. A
Baton Rouge, LA 70810
Telephone: (225) 330-7009
Facsimile: (225) 960-5864
Email: jarrett@ambeaulaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 12, 2024, a copy of the foregoing MOTION TO CONTINUE PRE-TRIAL DEADLINES AND TRIAL was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to ECF/Email to all parties by operation of the courts electronic filing system.

                                                          /s/ Jarrett P. Ambeau
                                                          JARRETT P. AMBEAU

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL DOCKET NO. 23-77-BAJ-RLB** |
| **VERSUS** | **JUDGE BRIAN A. JACKSON** |
| **HANNAH KELLY KINCHEN** | |

_____

**MEMORANDUM IN SUPPORT OF
MOTION TO CONTINUE PRE-TRIAL DEADLINES AND TRIAL**

**MAY IT PLEASE THE COURT:**

Counsel for defendant, **HANNAH KINCHEN**, respectfully requests that the Pre-Trial Deadlines and Jury Trial be continued as Counsel for defendant needs additional time to review the discovery that has been made available for review at the office of the Federal Bureau of Investigations.

This case was declared complex on October 10, 2023 [Doc. 18], and counsel for defendant is diligently working with the Assistant US Attorney, Kristen Craig, to review the discovery that she has made available in a timely manner.

The Pre-Trial Deadlines and Trial in this matter are currently scheduled as follows:

| | |
|---|---|
| January 1, 2024 | Deadline to satisfy all discovery obligations; |
| January 19, 2024 | Deadline to file Dispositive Motions; |
| February 6, 2024 | Final Pre-Trial Conference; and |
| February 28-29, 2024 | Jury Trial |

Counsel for defendant is scheduled to review over 1,000 pages of documents, spreadsheets and images on January 22, 2024, which is only available to review at the office of the Federal Bureau of Investigations. Counsel for defendant is actively working on producing discovery materials to the

Assistant US Attorney, Ms. Craig, but needs additional time to review this case before proceeding forward. Counsel for defendant requests a sixty (60) day extension of time to collect pertinent information and review this matter.

Counsel for defendant has contacted Assistant US Attorney, Kristen Craig, who has no objection to continuing the Pre-Trial Deadlines and Trial in this matter an additional sixty (60) days.

**WHEREFORE,** defendant, **HANNAH KINCHEN**, prays that this motion be granted and that the Pre-Trial Deadlines and Trial are continued as follows:

Proposed New Pre-Trial Deadlines Trial Date:

| | |
|---|---|
| March 1, 2024 | Deadline to satisfy all discovery obligations; |
| March 19, 2024 | Deadline to file Dispositive Motions; |
| March ____, 2024 | Final Pre-Trial Conference; and |
| To be determined by Judge | Jury Trial |

RESPECTFULLY SUBMITTED:

\_\_/s/ Jarrett P. Ambeau_____
JARRETT P. AMBEAU (32089)
THE AMBEAU LAW FIRM
8460 Bluebonnet Blvd., Ste. A
Baton Rouge, LA 70810
Telephone: (225) 330-7009
Facsimile: (225) 960-5864
Email: jarrett@ambeaulaw.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on January 12, 2024, a copy of the foregoing MOTION TO CONTINUE PRE-TRIAL DEADLINES AND TRIAL was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to ECF/Email to all parties by operation of the courts electronic filing system.

                                            /s/Jarrett P. Ambeau
                                            JARRETT P. AMBEAU