UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET NO. 23-77-BAJ-RLB |
| VERSUS | JUDGE BRIAN A. JACKSON |
| HANNAH KELLY KINCHEN | |

**PROPOSED ORDER**

CONSIDERING THE ABOVE AND FOREGOING MOTION:

**IT IS ORDERED** that the currently set Pre-Trial Deadlines and Trial be continued as follows:

January 1, 2024 - Deadline to satisfy all discovery obligations continued to March 1, 2024;

January 19, 2024 - Deadline to file Dispositive Motions continued to March 19, 2024; and

February 6, 2024 - Final Pre-Trial Conference continued to _____ day of _____, 2024.

**IT IS FURTHER ORDERED** that a Scheduling conference in this matter is set on the _____ day of _____, 2024 at _____ _.m., for the purpose of picking a Trial date.

Read and signed this _____ day of _____, 2024 in Baton Rouge, Louisiana.

_____
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA