## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | |
| HANNAH KELLY KINCHEN | NO. 23-00077-BAJ-RLB |

### ORDER

Considering Defendant's unopposed **Motion To Continue Pre-Trial Deadlines And Trial (Doc. 27)**, in which Defendant requests an extension of the current pre-trial deadlines and trial date to allow counsel an adequate opportunity to review discovery,

**IT IS ORDERED** that Defendant's **Motion (Doc. 27)** be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the Court's October 31, 2023 Amended Scheduling Order (Doc. 24) be and is hereby **AMENDED** as follows:

1. Deadline to satisfy all discovery obligations: **March 1, 2024**

2. Deadline to file dispositive motions: **March 19, 2024**

3. Pre-trial conference date: **April 8, 2024 at 1:30 P.M.**

   The pre-trial conference shall occur in Chambers.

4. A 2-day **jury** trial is set for **April 29-30, 2024**, beginning each day at 8:30 A.M. in Courtroom 2.

**IT IS FURTHER ORDERED** that the time attributable to the consideration of Defendant's Motion is excluded from the time limitations of the Speedy Trial Act,

1

Jury

18 U.S.C. § 3161. Specifically, the Court finds that Defendant requires a continuance beyond her current trial date to allow Defendant's appointed counsel adequate time to review discovery.

The Court determines that "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial" because failure to grant this continuance would deny Defendant the right to adequate and effective counsel and would deny Defendant's counsel reasonable time necessary for effective preparation. *Id.* at § 3161(h)(7).

Baton Rouge, Louisiana, this 23rd day of January, 2024

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA