UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                                    CRIMINAL ACTION

VERSUS

HANNAH KINCHEN                                              NO. 23-00077-BAJ-EWD

ORDER

IT IS ORDERED that a telephone status conference be and is hereby SET for May 7, 2024, at 2:00 P.M. to discuss entry of additional trial-related deadlines. Dial-in instructions will be emailed to counsel prior to the conference.

Baton Rouge, Louisiana, this 8th day of April, 2024

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA