# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL DOCKET NO. 23-77-BAJ-RLB** |
| **VERSUS** | **JUDGE BRIAN A. JACKSON** |
| **HANNAH KELLY KINCHEN** | |

## MOTION TO COMPEL DISCOVERY

**HANNAH KELLY KINCHEN**, by and through the undersigned counsel, respectfully submits this motion to compel discovery, for the reasons set forth below.

1. On May 7, 2024, undersigned counsel for the defense made an erroneous representation to the Court that "discovery was complete" and that the defense would be filing a "Motion to Quash" the indictment. After extensive review of the discovery received, and the difficulty in examining the discovery at the FBI office on two occasions, along with procedural mechanisms available to the defense, it has become clear that the proper way to move forward is a "Motion to Compel Discovery."

3. The United States made a timely disclosure of discovery in this case with an initial disclosure on October 4, 2023; and supplemental disclosure on January 25, 2024. Additionally, counsel for the defense has been allowed to examine the photographs that are the subject of this prosecution on two separate occasions: January 22, 2024, and May 1, 2024.

4. It is the assertion of the defendant that discovery in this matter is not complete under FRCRP Rule 16, more fully addressed in the attached memorandum.

**WHEREFORE, HANNAH KELLY KINCHEN** prays that this Court order the United States to answer this Motion and produce a copy of all non-CSAM images, or in the alternative

allow the defense to copy all non-CSAM images, or set this matter for hearing on the motion at the Court's convenience.

RESPECTFULLY SUBMITTED:

/s/ Jarrett P. Ambeau
JARRETT P. AMBEAU (32089)
THE AMBEAU LAW FIRM
8460 Bluebonnet Blvd., Ste. A
Baton Rouge, LA 70810
Telephone: (225) 330-7009
Facsimile: (225) 960-5864
Email: jarrett@ambeaulaw.com

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL DOCKET NO. 23-77-BAJ-RLB** |
| **VERSUS** | **JUDGE BRIAN A. JACKSON** |
| **HANNAH KELLY KINCHEN** | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2024, a copy of the foregoing *Motion for Bill of Particulars* was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to ECF/Email to all parties by operation of the court's electronic filing system.

                                                    s/Jarrett P. Ambeau
                                                    Jarrett P Ambeau