UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL DOCKET NO. 23-77-BAJ-RLB** |
| **VERSUS** | **JUDGE BRIAN A. JACKSON** |
| **HANNAH KELLY KINCHEN** | |

### MOTION FOR BILL OF PARTICULARS
### PURSUANT TO FRCRP RULE 7(f)

**HANNAH KELLY KINCHEN**, by and through the undersigned counsel, respectfully submits this motion for Bill of Particulars, for the reasons set forth below.

1. On May 7, 2024, undersigned counsel for the defense made an erroneous representation to the Court that "discovery was complete" and that the defense would be filing a "Motion to Quash" the indictment. After extensive review of the discovery received, and the difficulty in examining the discovery at the FBI office on two occasions, along with procedural mechanisms available to the defense, it has become clear that the proper way to move forward is a "Motion to Compel Discovery" and "Motion for Bill of Particulars."

2. A "Motion to Compel Discovery" has been filed concurrent with this motion.

**MOTION FOR BILL OF PARTICULARS**

3. In accord with Federal Rule of Criminal Procedure, Rule 7(f), the court may direct the government to file a bill of particulars to, among other issues, inform the defendant of the nature of the charges brought against them, (2) to adequately prepare a defense, and (3) to avoid surprise during trial. The purpose of which is to give the defense sufficient particularized information as to enable adequate trial preparation.

3. The United States made a timely disclosure of discovery in this case with an initial disclosure on October 4, 2023; and supplemental disclosure on January 25, 2024. Additionally, counsel for the defense has been allowed to examine the photographs that are the subject of this prosecution on two separate occasions: January 22, 2024, and May 1, 2024.

4. Despite a due diligent effort by the defense, it is still unclear as to what images constitute criminal acts in the indictment. None of the images observed in either visit to the FBI office in Baton Rouge constitute "sexually explicit conduct" – no nudity, no other person in any image, no depiction of any sexual acts of any kind in any picture, and no depiction of sexual abuse of any kind in any picture.

5. The defense is left with the belief, after seeing what has been represented to the defense as "all" of the pictures, that in fact all of the pictures have not been made available. It is not the assertion of the defense that this is a purposeful effort to obscure or hide evidence, but rather that the United States attorney, nor any representative from the office of the United States Attorney, was present during either evidence review and as such, the evidence being reviewed and the evidence to be used at trial may not be wholly the same.

6. The only procedural mechanism that seems available to the defense to be sure that the corpus of evidence has been made available for review and preparation for trial, is a motion for a Bill of Particulars so the defense knows what images are being asserted as violations of the federal law in each count of the indictment.

**WHEREFORE, HANNAH KELLY KINCHEN** prays that this Court order the United States to answer this Motion, or file the requested Bill of Particulars, or set this matter for hearing on the motion at the Court's convenience.

RESPECTFULLY SUBMITTED:


  /s/ Jarrett P. Ambeau
JARRETT P. AMBEAU (32089)
THE AMBEAU LAW FIRM
8460 Bluebonnet Blvd., Ste. A
Baton Rouge, LA 70810
Telephone: (225) 330-7009
Facsimile: (225) 960-5864
Email: jarrett@ambeaulaw.com

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL DOCKET NO. 23-77-BAJ-RLB** |
| **VERSUS** | **JUDGE BRIAN A. JACKSON** |
| **HANNAH KELLY KINCHEN** | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2024, a copy of the foregoing *Motion for Bill of Particulars* was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to ECF/Email to all parties by operation of the court's electronic filing system.

                                                  s/Jarrett P. Ambeau
                                                  Jarrett P Ambeau