UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL DOCKET NO. 23-77-BAJ-RLB** |
| **VERSUS** | **JUDGE BRIAN A. JACKSON** |
| **HANNAH KELLY KINCHEN** | |

**PROPOSED ORDER**

**CONSIDERING THE FOREGOING** *Motion for Bill of Particulars* filed by the Defendant Hannah Kelly Kinchen:

**THE COURT ORDERS** the United States to answer this *Motion for Bill of Particulars* in opposition, or file a Bill of Particulars consistent with the request herein, or in the alternative,

**THE COURT ORDERS** that a conference in this matter is set on the _____ day of _____, 2024 at _____ ___.m., for the purpose of setting a hearing on the motion.

s/Jarrett P. Ambeau
Jarrett P Ambeau