

U.S. Department of Justice

*United States Attorney*
*Middle District of Louisiana*

---

*Russell B. Long Federal Building*         Telephone: (225) 389-0443
*777 Florida Street, Suite 208*            Fax: (225) 389-0561
*Baton Rouge, Louisiana 70801-1717*

October 2, 2023

**VIA U.S. MAIL**
Jarett P. Ambeau
The Ambeau Law Firm
8460 Bluebonnet Blvd., Suite A
Baton Rouge, Louisiana 70810

Re:   **United States v. Hannah Kinchen**
      **Criminal No. 23-77-BAJ-RLB**

Dear Jarrett:

In response to your request for discovery in the above-referenced case, and pursuant to my discovery obligations, I am producing a thumb drive with discovery materials in this matter. A password will be sent to you via email. Please let us know if you have any difficulty accessing or opening these files. The production contains the following records:

| Folder | Bates Range(s) |
| --- | --- |
| 1- FBI Reports | Kinchen_000001-000874 |
| 2- Interview Reports | Kinchen_000875-001050 |
| 3- Expert Reports | Kinchen_001051-001058 |
| 4- Investigative Reports | Kinchen_001059-001529 |
| 5- Criminal Histories | Kinchen_001530-001594 |
| 6- Search Warrants | Kinchen_001595-004676 |
| 7- Subpoenas | Labeled individually |
| 8- Recordings | N/A |
| 9- Miscellaneous Documents | Kinchen_004677-004687 |

Please note that the government is producing or making available to you, materials that contain confidential and sensitive information, such as bank records and other personally identifiable information. We disclose this information solely in connection with discovery in this case and not for any other purpose. The government has file a motion to obtain a protective order by the Court, a copy of which is included

1

**U.S. Exhibit**
**A**

with this production. In exchange for your receipt of discovery materials, you agree to maintain and hold such information in strict confidence, to restrict access to this information, and to use it solely to the extent necessary for the investigation and defense of this criminal case, according to the terms of the protective order.

In addition to the documents and evidence produced herein, the FBI also retains physical possession of records and devices containing Child Exploitation Material ("CSAM"). In this case, that would include the electronic devices and Instagram records seized in search warrants, as well as information obtained from your client's cell phone during an initial interview. Because these devices or records contain CSAM, we are unable to produce them for your review. You are welcome to schedule a time to review this data at the FBI office in Baton Rouge.

I recognize the government's discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), its progeny, and Rule 16. I will provide timely disclosure if any such material comes to light. Consistent with *Giglio, Ruiz,* and 18 U.S.C. § 3500, I will provide information about government witnesses prior to trial. Additional discovery productions will be made on a rolling basis.

### United States' Request for Discovery

Having complied with your request for discovery request, please provide the government with copies of or an opportunity to inspect and copy all of the materials to which the government is entitled under Rule 16(b) of the Federal Rules of Criminal Procedure, including the following:

1. Books, papers, documents, photographs, tangible objects, or copies or portions thereof, which are within the possession, custody, or control of the defendant and which the defendant intends to introduce as evidence in chief at the trial. *See* Rule 16(b)(1)(A) of the Federal Rules of Criminal Procedure.

2. Any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with the particular case, or copies thereof, within the possession of the defendant, which the defendant intends to introduce as evidence in chief at the trial or which were prepared by a witness whom the defendant intends to call at the trial when the results or reports relate to that witness's testimony. *See* Rule 16(b)(1)(B) of the Federal Rules of Criminal Procedure.

3. A written summary of any testimony that the defendant intends to use under Rules 702, 703, or 705 of the Federal Rules of Evidence as evidence at trial. The summary must describe the witness's opinions, the bases and reasons for those opinions, and the witness's qualifications. *See* Rule 16(b)(1)(C) of the Federal Rules of Criminal Procedure.

4. Any statement of a witness for the defense that is in the possession of the defense and that relates to the subject matter of the witness's testimony. *See* Rule 26.2 of the Federal Rules of Criminal Procedure.

This is an ongoing, continuing request, and materials that are discovered in the future should be brought to the United States' attention so that appropriate arrangements for disclosure may be made at that time.

Finally, pursuant to Federal Rule of Criminal Procedure 12.1, the United States requests written notice of the defendant's intention to offer a defense of alibi, stating specifically the place(s) at which the defendant claims to have been at the time and date of each alleged offense and the names, addresses, and phone numbers of witnesses upon whom the defendant intends to rely. The government also requests notice of the defendant's intention to assert advice of counsel at trial so that this issue may be litigated sufficiently in advance of trial.

**Preliminary Expert Notice**

Pursuant to Fed. R. Crim. P. 16(a)(1)(G) and Fed. R. Evid. 702, 703 and 705, the United States hereby provides notice that it intends to call the following potential witnesses to testify as experts in their designated fields:

- FBI Forensic Examiner Nikilia Stovall may be called as an expert in the forensic examination of digital devices. We expect Ms. Stovall to explain her training and background; the nature of the examinations conducted on the electronic devices in this case; the methods, equipment, and software used to accomplish the examinations; and the conclusions and observations resulting from the examinations. A written report and CV will be provided as soon as it is available.

- FBI Special Agent Kelly DiPietrantonio of the Cellular Analysis Survey Team ("CAST"), or another agent designated by the CAST, may be called to testify regarding the analysis of call detail records provided by AT&T and Verizon. The call detail records obtained in this case documented the network interaction to and from cell phones belonging to Kinchen and Grant Durtschi and the cell tower and cell sector ("cell site") which served the cell phones during the activity. We anticipate that Special Agent DiPietrantonio or another member of CAST will testify that the call detail records and cell site locations, used together, will illustrate an approximate location of the cell phones when they initiated contact with the network. A formal written report and CV will be provided as soon as practicable.

Finally, pursuant to Fed. R. Crim. P. 16.1, I am available to participate in a conference at your request. Please don't hesitate to reach out if you have any questions or would like to discuss.

Sincerely,

RONALD C. GATHE, JR.
UNITED STATES ATTORNEY


/s/ Kristen Lundin Craig
Kristen Lundin Craig
Assistant United States Attorney

KLC/as
Enclosure