**U.S. Department of Justice**

*Ronald C. Gathe, Jr.*
*United States Attorney*
*Middle District of Louisiana*

*Russell B. Long Federal Building*  Telephone: (225) 389-0443
*777 Florida Street, Suite 208*  Fax: (225) 389-0561
*Baton Rouge, Louisiana 70801-1717*

January 25, 2024

**VIA U.S. MAIL**
Jarett P. Ambeau
The Ambeau Law Firm
8460 Bluebonnet Blvd., Suite A
Baton Rouge, Louisiana 70810

Re:  **United States v. Hannah Kinchen**
     **Criminal No. 23-77-BAJ-RLB**

Dear Jarrett:

Please find enclosed a disc containing supplemental discovery materials in the above-captioned case. The production contains the following records:

| Folder | Bates Range(s) |
|---|---|
| 1- SECOND PRODUCTION #1-7 | Kinchen_004688-010779 |
| 2- 8_NOC510568_1B41 Kinchen Phone_Redacted_FOR DEFENSE | Kinchen Phone_000001-069164 |

Per our conversation earlier this week, please send me the list of materials you would like to obtain in the records housed at the FBI. We will review and produce if feasible. Also, we remain available to meet with you to review the discovery materials and the evidence we believe is most relevant to the instant prosecution. If you are interested in a meeting let me know what dates or times work best for you.

In the meantime, please don't hesitate to reach out if you have any questions or would like to discuss.

Sincerely,

RONALD C. GATHE, JR.
UNITED STATES ATTORNEY

/s/ Kristen Lundin Craig
Kristen Lundin Craig
Assistant United States Attorney

KLC/as
Enclosure

**U.S. Exhibit B**