UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | |
| HANNAH KINCHEN | NO. 23-00077-BAJ-RLB |

### ORDER

Considering Defendant's **Motion To Compel Discovery (Doc. 38)** and **Motion For Bill Of Particulars (Doc. 39)**,

**IT IS ORDERED** that a hearing on the Motions be and is hereby **SET** for July 11, 2024 at 10:00 A.M. in Courtroom 2.

Baton Rouge, Louisiana, this 20th day of June, 2024

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA