**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**UNITED STATES OF AMERICA**          **CRIMINAL DOCKET NO. 23-77-BAJ-RLB**

**VERSUS**                                              **JUDGE BRIAN A. JACKSON**

**HANNAH KELLY KINCHEN**

_____

## UNOPPOSED MOTION TO CONTINUE HEARING ON
## MOTION TO COMPEL AND MOTION FOR BILL OF PARTICULARS

NOW INTO COURT, through undersigned counsel, comes defendant**, HANNAH KINCHEN**, who respectfully moves this Honorable Court to reset the hearing date on defendant's Motion to Compel and Motion for Bill of Particulars, as follows:

1.

The matter above is set for hearing on July 11, 2024, at 10:00 a.m. before the Honorable Judge Jackson. Undersigned counsel received the Order (Doc. 42) setting this matter on June 20, 2024.

2.

Undersigned counsel, Jarrett Ambeau, is scheduled to be out of town the week of July 8, 2024. The trip has been planned and travel paid for a few months. Undersigned counsel has made efforts to change the trip, and continues to do so, but it has been made in coordination with other adults and children and those efforts have not been successful.

3.

The Assistant United States Attorney in this matter, Kristen Craig, has been notified of this filing and has no objection to continuing this matter to the next available date on the Court's calendar.

WHEREFORE, defendant prays that the Court, considering the pleading herein, grants the

motion to continue and resets the matter on the Court's next available date.

RESPECTFULLY SUBMITTED:
THE AMBEAU LAW FIRM, LLC


_/s/ Jarrett P. Ambeau_____
JARRETT P. AMBEAU (32089)
8460 Bluebonnet Blvd., Ste. A
Baton Rouge, LA 70810
Telephone: (225) 330-7009
Facsimile: (225) 960-5894
jarrett@ambeaulaw.com


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 2, 2024, a copy of the foregoing UNOPPOSSED

MOTION TO CONTINUE THE HEARING ON DEFENDANT'S MOTION TO COMPEL AND

MOTION FOR BILL OF PARTICULARS was filed electronically with the Clerk of Court using

the CM/ECF system.  Notice of this filing will be sent to ECF/Email to all parties by operation of

the courts electronic filing system.


_/s/ Jarrett P. Ambeau_____
JARRETT P. AMBEAU