**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**UNITED STATES OF AMERICA**  **CRIMINAL DOCKET NO. 23-77-BAJ-RLB**

**VERSUS**  **JUDGE BRIAN A. JACKSON**

**HANNAH KELLY KINCHEN**

_____

**MEMORANDUM IN SUPPORT**
**OF UNOPPOSED MOTION TO CONTINUE HEARING ON**
**MOTION TO COMPEL AND MOTION FOR BILL OF PARTICULARS**

**MAY IT PLEASE THE COURT:**

Defendant, **HANNAH KINCHEN**, respectfully files this Memorandum in Support of Motion to reset the hearing date on defendant's Motion to Compel and Motion for Bill of Particulars (hereafter, collectively, "pretrial motions") that is currently set for July 11, 2024, as follows:

Defendant, **HANNAH KINCHEN**, through undesigned counsel, filed a Motion to Compel Discovery and a Motion for Bill of Particulars on May 17, 2024. The United States filed its response to said pretrial motions on June 7, 2024.

Undersigned counsel scheduled an out-of-town family trip in April of 2024 for the week of July 8, 2024. However, undersigned counsel received the Order (Doc. 42) on June 20, 2024, setting the pretrial motions for hearing on July 11, 2024.

Unfortunately, undersigned counsel is not available on July 11, 2024, due to the previously scheduled trip and unable to reschedule the trip, despite efforts to do so.

**WHEREFORE,** the defendant, **HANNAH KINCHEN**, through undersigned counsel, respectfully requests that the hearing on pretrial motions be reset for the next available date on the Court's calendar.

RESPECTFULLY SUBMITTED:
THE AMBEAU LAW FIRM, LLC

*/s/ Jarrett P. Ambeau*
JARRETT P. AMBEAU (32089)
8460 Bluebonnet Blvd., Ste. A
Baton Rouge, LA 70810
Telephone: (225) 330-7009
Facsimile: (225) 960-5894
jarrett@ambeaulaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 2, 2024, a copy of the foregoing UNOPPOSSED MOTION TO CONTINUE THE HEARING ON DEFENDANT'S MOTION TO COMPEL AND MOTION FOR BILL OF PARTICULARS was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to ECF/Email to all parties by operation of the courts electronic filing system.

*/s/ Jarrett P. Ambeau*
JARRETT P. AMBEAU
