**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL DOCKET NO. 23-77-BAJ-RLB** |
| **VERSUS** | **JUDGE BRIAN A. JACKSON** |
| **HANNAH KELLY KINCHEN** | |

**PROPOSED ORDER**

**CONSIDERING THE FOREGOING** *Unopposed Motion To Continue Hearing On Motion To Compel And Motion For Bill Of Particulars* filed by the defendant, Hannah Kelly Kinchen:

**IT IS ORDERED** that the hearing on defendant's Motion to Compel and Motion for Bill of Particulars that is currently scheduled for July 11, 2024 is hereby reset for the _____ day of _____, 2024.

_____
HON. BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA