# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | |
| **HANNAH KINCHEN** | **NO. 23-00077-BAJ-RLB** |

## RULING AND ORDER

Considering Defendant's **Unopposed Motion To Continue Hearing On Motion To Compel And Motion For Bill Of Particulars (Doc. 43)**, in which Defendant requests an extension of the hearing currently set for July 11, 2024, due to a conflict with counsel for Defendant's schedule,

**IT IS ORDERED** that Defendant's **Motion (Doc. 43)** be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the hearing on Defendant's Motion To Compel (Doc. 38) and Motion For Bill Of Particulars (Doc. 39), currently set for July 11, 2024, be and is hereby **RE-SET** to July 22, 2024, beginning at 10:00 A.M. in Courtroom 2.

**IT IS FURTHER ORDERED** that the time attributable to the consideration of Defendant's Motion is excluded from the time limitations of the Speedy Trial Act.

18 U.S.C. § 3161(h)(1).

        Baton Rouge, Louisiana, this 3rd day of July, 2024

        _____
        **JUDGE BRIAN A. JACKSON**
        **UNITED STATES DISTRICT COURT**
        **MIDDLE DISTRICT OF LOUISIANA**