**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| *versus* | : | CRIMINAL NO. 23-77-BAJ-RLB |
| | : | |
| HANNAH KINCHEN | : | |

**UNITED STATES' UNOPPOSED MOTION TO CONTINUE HEARING**

**NOW INTO COURT** comes the United States of America by Ronald C. Gathe, Jr., United States Attorney for the Middle District of Louisiana, through Kristen Lundin Craig, Assistant United States Attorney, and Charles Schmitz, Trial Attorney, who respectfully move the court to continue the currently-set hearing on the defendant's pending Motion to Compel and Motion for a Bill of Particulars.

Defendant filed a Motion to Compel and a Motion for a Bill of Particulars on May 17, 2024. Docs. 38, 39. The United States responded to those motions on June 7, 2024. Doc. 40. The Court set oral argument for the motions to occur on July 11, 2024. Doc. 42. On July 2, 2024, the defendant moved to continue the hearing. Doc. 43. The United States did not oppose the defendant's request. The Court set the hearing for July 22, 2024. Doc. 44.

Attorney for the United States, Charles Schmitz, will be out of the country on official travel to the Ivory Coast from July 19, 2024 through July 28, 2024. The United States moves to continue the hearing to a date that is convenient for the Court and all parties. The United States consulted

with defense counsel about this motion and he does not object.  The United States requests that the parties consult with each other and with the Court to re-schedule the hearing.

                               UNITED STATES OF AMERICA, by

                               RONALD C. GATHE, JR.
                               UNITED STATES ATTORNEY

                               /s/ Kristen Lundin Craig
                               Kristen Lundin Craig, LBN 32565
                               Assistant United States Attorney
                               777 Florida Street, Suite 208
                               Baton Rouge, Louisiana  70801
                               Telephone: (225) 389-0443
                               Fax: (225) 389-0561
                               E-mail: kristen.craig@usdoj.gov

                               Charles Schmitz, CT BN 429457
                               Trial Attorney U.S. Department of Justice
                               Child Exploitation and Obscenity Division
                               1301 New York Avenue NW, Suite 1100
                               Washington, DC 20530
                               Telephone: 202-913-4778
                               Email: charles.schmitz2@usdoj.gov