UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | |
| HANNAH KINCHEN | NO. 23-00077-BAJ-RLB |

## RULING AND ORDER

Considering the Government's **Unopposed Motion To Continue Hearing (Doc. 45)**, in which the Government requests a continuance of the hearing currently scheduled for July 22, 2024, due to a scheduling conflict,

**IT IS ORDERED** that the Government's **Motion (Doc. 45)** be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the hearing on Defendant's Motion To Compel (Doc. 38) and Motion For Bill Of Particulars (Doc. 39), currently set for July 22, 2024, be and is hereby **CONTINUED WITHOUT DATE**. The parties shall meet and confer regarding their availability and provide the Court with their earliest available dates. The parties shall provide these dates to the Court by no later than July 19, 2024.

Baton Rouge, Louisiana, this 15th day of July, 2024.

JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA