UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                                CRIMINAL ACTION

VERSUS

HANNAH KINCHEN                                          NO. 23-00077-BAJ-RLB

## ORDER

**IT IS ORDERED** that the hearing on Defendant's **Motion To Compel Discovery (Doc. 38)** and **Motion For Bill Of Particulars (Doc. 39)** be and is hereby **SET** for September 4, 2024, at 10:00 A.M. in Courtroom 2.

Baton Rouge, Louisiana, this 24th day of July, 2024

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA