LAM PS1
(Rev. 7/93)

# United States District Court
## District of Louisiana

United States of America  )
                          )
vs.                       )
                          )
Hannah Kinchen            )  Case No.  3:23-cr-00077-BAJ-RLB-1
                          )

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Hannah Kinchen_____, have discussed with _____Chasity Byrd_____, Pretrial Services /

**REMOVE:**
7(p)(ii): participate in one of the following location restriction programs and comply with its requirements as directed. Home Detention. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations, or other activities approved in advance by the pretrial services office or supervising officer.

**ADD:**
7(p)(i): participate in one of the following location restriction programs and comply with its requirements as directed. Curfew. You are restricted to your residence every day from 9:00 PM to 6:00 AM.

I consent to this modification of my release conditions and agree to abide by this modification.

_[signature]_    10/1/24            _Chasity Byrd_    10/1/2024
Signature of Defendant   Date       Pretrial Services/Probation Officer   Date

Kristen Craig, Assistant U.S. Attorney, and Jarrett Ambeau, Defense Counsel, were contacted and have no objections to the above modification of bond.

[x] The above modification of conditions of release is ordered, to be effective on  October 1, 2024  .
[ ] The above modification of conditions of release is *not* ordered.

_[signature]_                                              October 1, 2024
Signature of Judicial Officer                              Date