## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

**UNITED STATES OF AMERICA**            **CRIMINAL DOCKET NO. 23-77-BAJ-RLB**

**VERSUS**                               **JUDGE BRIAN A. JACKSON**

**HANNAH KELLY KINCHEN**

_____

### UNOPPOSED MOTION TO APPEAR VIA ZOOM
### OR TO RESET STATUS CONFERENCE

NOW INTO COURT, through undersigned counsel, comes defendant**, HANNAH KINCHEN**, who respectfully moves this Honorable Court to allow undersigned to appear via Zoom or to Reset the Status Conference ordered in Doc. 50 of the record, as follows:

1.

The matter above is set for a Status Conference on October 16, 2024 at 2:00 p.m. before the Honorable Judge Jackson. Undersigned counsel received the Order (Doc. 50) setting this matter on October 3, 2024.

2.

Undersigned counsel, Jarrett Ambeau, will not be in Louisiana on October 16, 2024, however, can be available to participate via Zoom.

3.

If undersigned counsel is not allowed to participate in the Status Conference via zoom, then undersigned counsel requests that the Status Conference be reset to a date he is available.

4.

The Assistant United States Attorney in this matter, Kristen Craig, has been notified of this filing and has no objection to Jarrett Ambeau participating via zoom or the Status Conference being reset to a date available for all counsel.

WHEREFORE, defendant prays that the Court, considering the pleading herein, grants the motion to allow undersigned counsel to participate via zoom or resets the matter to a date available on all Counsel's calendars.

RESPECTFULLY SUBMITTED:
THE AMBEAU LAW FIRM, LLC

   /s/ Jarrett P. Ambeau
JARRETT P. AMBEAU (32089)
4970 Bluebonnet Blvd., Ste. C
Baton Rouge, LA 70809
Telephone: (225) 330-7009
Facsimile: (225) 960-5894
jarrett@ambeaulaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 4, 2024, a copy of the foregoing Pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to ECF/Email to all parties by operation of the courts electronic filing system.

   /s/ Jarrett P. Ambeau
JARRETT P. AMBEAU