**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**UNITED STATES OF AMERICA**          **CRIMINAL DOCKET NO. 23-77-BAJ-RLB**

**VERSUS**                                                **JUDGE BRIAN A. JACKSON**

**HANNAH KELLY KINCHEN**

_____

### MEMORANDUM IN SUPPORT OF UNOPPOSED TO APPEAR VIA ZOOM OR TO RESET STATUS CONFERENCE

**MAY IT PLEASE THE COURT:**

Defendant**, HANNAH KINCHEN**, respectfully files this Memorandum in Support of Motion to appear via Zoom or to continue the Status Conference regarding Doc. 50 of the record that is currently set for October 16, 2024, as follows:

Undesigned counsel, received the Order on October 3, 2024 setting a Status Conference on October 16, 2024 at 2:00 p.m., unfortunately, undersigned will not be in the state of Louisiana on this date and is unable to attend in person.

Undersigned counsel can be available via zoom if the Court will allow him to participate. In the event that zoom participation is not allowed, undersigned counsel requests this Status Conference be reset to a date all counsel is available.

Undersigned counsel will be in Louisiana and available to attend the Status Conference on October 21 or 22, 2024, and will not be available again until the week of October 28, 2024, due to a Jury trial.

**WHEREFORE,** the defendant, **HANNAH KINCHEN**, through undersigned counsel, respectfully requests that the Court, considering the pleading herein, grants the motion to participate via zoom or resets the matter to a date available on Counsel's calendars

RESPECTFULLY SUBMITTED:
THE AMBEAU LAW FIRM, LLC


_/s/ Jarrett P. Ambeau_
JARRETT P. AMBEAU (32089)
4970 Bluebonnet Blvd., Ste. C
Baton Rouge, LA 70810
Telephone: (225) 330-7009
Facsimile: (225) 960-5894
jarrett@ambeaulaw.com


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 4, 2024, a copy of the foregoing Pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to ECF/Email to all parties by operation of the courts electronic filing system.

_/s/ Jarrett P. Ambeau_
JARRETT P. AMBEAU