UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL DOCKET NO. 23-77-BAJ-RLB** |
| **VERSUS** | **JUDGE BRIAN A. JACKSON** |
| **HANNAH KELLY KINCHEN** | |

## PROPOSED ORDER

**CONSIDERING THE FOREGOING** *Unopposed Motion To Participate Via Zoom or Reset Status Conference*:

**IT IS ORDERED** that Jarrett P. Ambeau may participate via zoom in the Status Conference that is currently scheduled for October 16, 2024;

OR IN THE ALTERNATIVE

**IT IS ORDERED** that the Status Conference that is currently scheduled for October 16, 2024 at 2:00 p.m. is hereby reset for the _____ day of _____, 2024 at ____ a.m./p.m.

_____
HON. BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA