UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                              CRIMINAL ACTION

VERSUS

HANNAH KINCHEN                                         NO. 23-00077-BAJ-RLB

### RULING AND ORDER

**IT IS ORDERED** that Defendant's **Unopposed Motion To Appear Via Zoom Or To Reset Status Conference (Doc. 52)** be and is hereby **GRANTED**. Counsel for Defendant may participate at the October 16 Status Conference via Zoom. Counsel shall also inform Defendant that her attendance at the in-person Status Conference is permitted.

Baton Rouge, Louisiana, this 7th day of October, 2024

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA