UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | |
| HANNAH KINCHEN | NO. 23-00077-BAJ-RLB |

### ORDER

Considering the **Joint Status Report (Doc. 51)**, which provides that the Government and Defendant have resolved the discovery disputes underlying Defendant's Motion To Compel Discovery (Doc. 38) and Motion For Bill Of Particulars (Doc. 39),

**IT IS ORDERED** that Defendant's **Motion To Compel Discovery (Doc. 38)** and **Motion For Bill Of Particulars (Doc. 39)** be and are hereby **TERMINATED AS MOOT**.

Baton Rouge, Louisiana, this 7th day of October, 2024

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA