UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                               CRIMINAL ACTION

VERSUS

HANNAH KINCHEN                                         NO. 23-00077-BAJ-RLB

### ORDER

Considering the matters discussed at the In-Court Status Conference held on October 16, 2024,

**IT IS ORDERED** that the Pretrial Conference for the above-captioned matter be and is hereby **SET** for December 12, 2024, at 9:00 A.M. in chambers.

**IT IS FURTHER ORDERED** that the two-day Jury Trial for this matter be and is hereby **SET** for January 13-14, 2025, beginning each day at 8:30 A.M. in Courtroom 2.

**IT IS FURTHER ORDERED** that the time from the In-Court Status Conference to the Jury Trial is excluded from the time limitations of the Speedy Trial Act. The Court finds that the ends of justice are served by this trial date, as proceeding with an earlier trial date in this complex case would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7). Specifically, the Court requires this additional time to confer with counsel for the Government and Defendant regarding Jury Questionnaire forms that are to be sent out prior to jury selection, and to send

out and receive those same agreed-upon forms back from potential jurors.

Baton Rouge, Louisiana, this 21st day of October, 2024

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA