UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET NO. 23-77-BAJ-RLB |
| VERSUS | JUDGE BRIAN A. JACKSON |
| HANNAH KELLY KINCHEN | |

### MOTION TO ENROLL AS CO-COUNSEL OF RECORD

NOW INTO COURT, comes JARRET P. AMBEAU, attorney of The Ambeau Law Firm who represents to this Honorable Court that he has been retained to represent defendant herein, HANNAH KELLY KINCHEN, in the above entitled and numbered cause; mover further requests that MAEGHEN E. KLING, also an attorney of The Ambeau Law Firm be enrolled on the record of this cause as co-counsel for said defendant.

| Respectfully Submitted: | Respectfully Submitted: |
|---|---|
| **THE AMBEAU LAW FIRM** | **THE AMBEAU LAW FIRM** |
| /s/ Jarett P. Ambeau | /s/ Maeghen E. Kling |
| JARRETT P. AMBEAU | MAEGHEN E. KLING |
| Louisiana Bar No. 32089 | Louisiana Bar No. 38965 |
| 4970 Bluebonnet Boulevard, Suite C | 4970 Bluebonnet Blvd., Ste. C |
| Baton Rouge, LA 70809 | Baton Rouge, LA 70809 |
| (225) 330-7009 (Telephone) | (225) 330-7009 (Telephone) |
| (225) 960-5864 (Facsimile) | (225) 960-5864 (Facsimile) |
| Email : jarrett@ambeaulaw.com | Email : maeghen@ambeaulaw.com |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I filed the foregoing MOTION TO ENROLL AS CO-COUNSEL OF RECORD with the Clerk of Court by using the CM/ECF which will send a notice of electronic filing to all counsel of record.

Baton Rouge, Louisiana this 18th day of November, 2024.

/s/ Jarrett P. Ambeau
JARRETT P. AMBEAU