UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET NO. 23-77-BAJ-RLB |
| VERSUS | JUDGE BRIAN A. JACKSON |
| HANNAH KELLY KINCHEN | |

_____

### ORDER TO ENROLL AS COUNSEL OF RECORD

CONSIDERING THE ABOVE AND FOREGOING MOTION:

IT IS ORDERED that the name of MAEGHEN E. KLING, attorney of the Law Firm of THE AMBEAU LAW FIRM, be enrolled on the record of this cause as co-counsel for defendant, HANNAH KELLY KINCHEN.

Baton Rouge, Louisiana, this _____ day of _____, 2024.


_____
JUDGE, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA