UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | |
| HANNAH KINCHEN | NO. 23-00077-BAJ-RLB |

### ORDER

Considering Plaintiff's **Motion To Enroll As Co-Counsel Of Record (Doc. 61, the "Motion")**,

**IT IS ORDERED** that the Motion be and is hereby **GRANTED**, and that Maeghen E. Kling be and is hereby **ENROLLED** as co-counsel of record for Defendant with Jarrett Ambeau.

Baton Rouge, Louisiana, this 18th day of November, 2024

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA