# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| *versus* | : | CRIMINAL NO. 23-77-BAJ-RLB |
| | : | |
| HANNAH KINCHEN | : | |

## MOTION TO ENROLL COUNSEL

The United States of America hereby moves this Court to enroll Ben Wallace, Assistant United States Attorney, as co-counsel with Kristen L. Craig, Assistant United States Attorney, lead attorney in this criminal action.

WHEREFORE, the United States prays for the entry of an order enrolling Ben Wallace, as co-counsel for the United States in this action.

UNITED STATES OF AMERICA, by

RONALD C. GATHE, JR.
UNITED STATES ATTORNEY


/s/ Kristen Lundin Craig
Kristen Lundin Craig, LBN 32565
Assistant United States Attorney
777 Florida Street
Baton Rouge, Louisiana 70801
Telephone: (225) 389-0443
Fax: (225) 389-0561
E-mail: kristen.craig@usdoj.gov


/s/ Ben Wallace
Ben Wallace, LBN 39516
Assistant United States Attorney
777 Florida Street
Baton Rouge, Louisiana 70801
Telephone: (225) 389-0443
Fax: (225) 389-0561
E-mail: benjamin.wallace@usdoj.gov

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| *versus* | : | CRIMINAL NO. 23-77-BAJ-RLB |
| | : | |
| HANNAH KINCHEN | : | |

**ORDER**

The United States of America's Motion to Enroll Counsel considered, and for good cause shown,

IT IS ORDERED that Ben Wallace, Assistant United States Attorney, is hereby enrolled as co-counsel with Kristen L. Craig, Assistant United States Attorney, lead attorney for the United States of America.

Baton Rouge, Louisiana this _____ day of December, 2024.

_____
HONORABLE BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA