UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                CRIMINAL ACTION

VERSUS

HANNAH KINCHEN                          NO. 23-00077-BAJ-RLB

ORDER

Considering the Government's **Motion To Enroll Counsel (Doc. 69, the "Motion")**,

**IT IS ORDERED** that the Motion be and is hereby **GRANTED**, and that Benjamin Wallace be and is hereby **ENROLLED** as co-counsel of record for the Government.

Baton Rouge, Louisiana, this 11th day of December, 2024

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA