UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | |
| HANNAH KINCHEN | NO. 23-00077-BAJ-RLB |

### ORDER

Considering the matters discussed at the Telephone Status Conference held on December 12, 2024,

**IT IS ORDERED** that the parties shall resolve all discovery disputes relating to (1) the production of certain videos, images, or thumbnails, (2) character evidence, (3) *Bruton* statements, and (4) expert witnesses on or before December 23, 2024. Should the parties fail to reach agreement, the Court shall be notified immediately.

**IT IS FURTHER ORDERED** that the parties shall submit requested Voir Dire and Jury Instructions on or before January 3, 2025.

Baton Rouge, Louisiana, this 12th day of December, 2024

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA