## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 23-77-BAJ-RLB |
| *versus* : | |
| : | |
| HANNAH KINCHEN : | |

### UNITED STATES' *MOTION IN LIMINE* TO EXCLUDE IMPROPER EVIDENCE AND ARGUMENTS

The United States submits this *Motion in Limine* for the purpose of excluding from trial any evidence (testimonial or otherwise) and arguments regarding any of the following issues:

(1)   That a conviction under 18 U.S.C. §§ 2251(a), (b), and (e) or 2252A(a)(2) and (b)(1) requires a depiction of nude children or children's nude genitals;

(2)   That the defendant subjectively believed the images taken of Minor Victim A were legal; and

(3)   The potential penalties the defendant may face if convicted.

Respectfully submitted, this 23rd day of December, 2024.

UNITED STATES OF AMERICA, by

RONALD C. GATHE, JR.
UNITED STATES ATTORNEY

/s/ Kristen Lundin Craig
Kristen Lundin Craig, LBN 32565
Ben Wallace, LBN 39516
Assistant United States Attorneys
777 Florida Street
Baton Rouge, Louisiana  70801
Telephone: (225) 389-0443
Fax: (225) 389-0561
E-mail: kristen.craig@usdoj.gov
E-mail: benjamin.wallace@usdoj.gov

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | CRIMINAL NO. 23-77-BAJ-RLB |
| *versus* | : | |
| | : | |
| HANNAH KINCHEN | : | |

**ORDER**

Considering the foregoing *United States' Motion in Limine to Exclude Improper Evidence and Arguments,*

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the no evidence (testimonial or otherwise) shall be admitted, and no arguments shall be made, regarding the following issues:

1. Whether a conviction under 18 U.S.C. §§ 2251(a), (b), and (e) or 2252A(a)(2) and (b)(1) requires a depiction of nude children or children's nude genitals;

2. Whether the defendant subjectively believed the images taken of Minor Victim A were legal; and

3. The potential penalties that the defendant may face if convicted at trial.

SO ORDERED this _____ day of _____, 202_, at Baton Rouge, Louisiana.

_____
BRIAN A. JACKSON, JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA