# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL NO. 23-77-BAJ-RLB |
| *versus* | : |
| | : |
| HANNAH KINCHEN | : |

### UNITED STATES' *MOTION IN LIMINE* REGARDING THE PRESENTATION OF CHILD PORNOGRAPHY EVIDENCE AND OTHER EVIDENCE DEPICTING THE MINOR VICTIM

**NOW INTO COURT** comes the United States of America, by Ronald C. Gathe, Jr., United States Attorney for the Middle District of Louisiana, through the undersigned Assistant United States Attorneys, who respectfully moves this Court for an order permitting it to present to the jury at the upcoming trial in this case unredacted images showing the minor victim's face for the reasons set forth in the accompanying memorandum.

The United States consulted with defense counsel, who opposes this motion.

Respectfully submitted, this 23rd day of December, 2024.

                                                 UNITED STATES OF AMERICA, by

                                                 RONALD C. GATHE, JR.
                                                 UNITED STATES ATTORNEY

                                               /s/ Kristen Lundin Craig
                                               Kristen Lundin Craig, LBN 32565
                                               Ben Wallace, LBN 39516
                                               Assistant United States Attorneys
                                               777 Florida Street
                                               Baton Rouge, Louisiana 70801
                                               Telephone: (225) 389-0443
                                               Fax: (225) 389-0561
                                               E-mail: kristen.craig@usdoj.gov
                                               E-mail: benjamin.wallace@usdoj.gov

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 23-77-BAJ-RLB |
| *versus* : | |
| : | |
| HANNAH KINCHEN : | |

# **ORDER**

Considering the *United States' Motion in Limine Regarding the Presentation of Child Pornography Evidence and Other Evidence Depicting the Minor Victim,* and the Court having found good cause to allow such presentation of evidence,

**IT IS ORDERED** that the Motion is **GRANTED**, and the United States shall be permitted to present to the jury unredacted images of the minor victim that show the minor victim's face.

**SO ORDERED** this _____ day of _____, 202_, at Baton Rouge, Louisiana.

_____
BRIAN A. JACKSON, JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA