## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 23-77-BAJ-RLB |
| *versus* : | |
| : | |
| HANNAH KINCHEN : | |

### UNITED STATES' MOTION IN LIMINE
### TO ADMIT PARTIALLY NUDE IMAGES OF THE DEFENDANT

The United States submits this *Motion in Limine* for the purpose of admitting at trial over any Rule 403 objection certain partially nude images of the defendant that are highly probative of the defendant's knowledge and intent to agree to produce child pornography and to permit Minor Victim A to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct.

Respectfully submitted, this 23rd day of December, 2024.

UNITED STATES OF AMERICA, by

RONALD C. GATHE, JR.
UNITED STATES ATTORNEY

/s/ Kristen Lundin Craig
Kristen Lundin Craig, LBN 32565
Assistant United States Attorneys
777 Florida Street, Suite 208
Baton Rouge, Louisiana  70801
Telephone: (225) 389-0443
Fax: (225) 389-0561
E-mail: kristen.craig@usdoj.gov

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 23-77-BAJ-RLB |
| *versus* : | |
| : | |
| HANNAH KINCHEN : | |

## ORDER

Considering the foregoing *United States' Motion in Limine,*

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**, and the United States shall be permitted at trial to admit into evidence and present to the jury over any Rule 403 objection certain partially nude images of the defendant.

**SO ORDERED** this _____ day of _____, 202_, at Baton Rouge, Louisiana.

_____
BRIAN A. JACKSON, JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA