# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**UNITED STATES OF AMERICA**                                    **CRIMINAL ACTION**

**VERSUS**

**HANNAH KINCHEN**                                              **NO. 23-00077-BAJ-RLB**

## ORDER

**IT IS ORDERED** that an in-person status conference be and is hereby **SET** for January 6, 2025, at 2:00 PM in chambers.

Baton Rouge, Louisiana, this 30th day of December, 2024

*[signature]*

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**