**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

UNITED STATES OF AMERICA       :
      :       CRIMINAL NO. 23-77-BAJ-RLB
      *versus*       :
      :
HANNAH KINCHEN       :

**UNITED STATES' MOTION FOR LEAVE TO FILE A REPLY TO
DEFENDANT'S RESPONSE AND OBJECTION TO
UNITED STATES' MOTION IN LIMINE TO EXCLUDE
IMPROPER EVIDENCE AND ARGUMENTS**

**NOW INTO COURT**, through undersigned counsel, comes the United States of

America, respectfully representing the following:

1.

On December 23, 2024, the United States filed a *Motion in Limine to Exclude Improper

Evidence and Arguments*. Doc. 72.

2.

On December 26, 2024, the Defendant filed a response to the United States' motion.

Doc. 75. In her response, the Defendant highlighted a timeline of actions she allegedly

undertook beginning as early as October 2020 and continuing until well past August 2021 that

included filing a civil lawsuit and meeting with members of the Federal Bureau of

Investigation. Doc. 75, pp. 3-4, ¶¶10-14.

3.

The United States seeks leave of Court to file a reply memorandum addressing the

irrelevance of much of the Defendant's alleged conduct after October 2020. Because this

potential evidence is irrelevant, would confuse the issues, mislead the jury, and waste time, it

should be excluded under Rules 402 and 403, and the Court should not consider it when analyzing the United States' Motion in Limine to Exclude Improper Evidence and Arguments.

**WHEREFORE**, the United States respectfully moves for leave of court to file the attached reply memorandum to the Defendant's Response and Objection to the United States' *Motion in Limine to Exclude Improper Evidence and Arguments.*

Respectfully submitted, this 5th day of January, 2025.

UNITED STATES OF AMERICA, by

RONALD C. GATHE, JR.
UNITED STATES ATTORNEY

/s/ Kristen Lundin Craig
Kristen Lundin Craig, LBN 32565
Ben Wallace, LBN 39516
Assistant United States Attorneys
777 Florida Street
Baton Rouge, Louisiana 70801
Telephone: (225) 389-0443
Fax: (225) 389-0561
E-mail: kristen.craig@usdoj.gov
E-mail: benjamin.wallace@usdoj.gov

Rachel L. Rothberg, CA BN #331595
Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Division
1301 New York Avenue NW, Suite 1100
Washington, DC 20530
Telephone: (202) 603-9145
Email: Rachel.Rothberg@usdoj.gov

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

UNITED STATES OF AMERICA      :

         :      CRIMINAL NO. 23-77-BAJ-RLB

*versus*      :

         :

HANNAH KINCHEN      :

## ORDER

Considering the United States' *Motion for Leave to File a Reply to Defendant's Response and Objection to the United States' Motion in Limine to Exclude Improper Evidence and Arguments,*

**IT IS ORDERED** that the Motion is **GRANTED**, and the United States may file its proposed reply memorandum.

Read and signed this _____ day of January, 2025, Baton Rouge, Louisiana.

<br>

_____

THE HONORABLE BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE