UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET NO. 23-77-BAJ-RLB |
| VERSUS | JUDGE BRIAN A. JACKSON |
| HANNAH KELLY KINCHEN | |

_____

**PROPOSED ORDER**

CONSIDERING THE ABOVE AND FOREGOING MOTION:

**IT IS ORDERED** that the Trial currently set for January 13, 2025, be continued.

**IT IS FURTHER ORDERED** that a Scheduling conference in this matter is set on the _____ day of _____, 2025 at _____ _.m., for the purpose of picking a Trial date.

Read and signed this _____ day of _____, 2025 in Baton Rouge, Louisiana.

_____
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA