UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET NO. 23-77-BAJ-RLB |
| VERSUS | JUDGE BRIAN A. JACKSON |
| HANNAH KELLY KINCHEN | |

### ADDENDUM TO
### MOTION TO CONTINUE TRIAL

**HANNAH KELLY KINCHEN**, by and through the undersigned counsel, respectfully submits this Addendum to the previously filed Motion to Continue Trial (Doc. 81):

1.  Undersigned counsel was able to speak to the attorney for Thomas Gravely, Ms. Sarah Giglio of Lafayette, Louisiana (can provide her contact info upon request of the court) this afternoon. She reported the following:

    a.  Mr. Gravely was going to have trouble getting off of work with 30 days notice to attend the trial for the government, he will not be able to get off of work on 6 days notice.

    b.  Ms. Giglio did not share his address with me, as she had not received his permission to do so, therefore the defense is unable to submit a subpoena to the court for his attendance.

    c.  He will not attend the trial without a subpoena.

RESPECTFULLY SUBMITTED:
THE AMBEAU LAW FIRM

/s/ Jarrett P. Ambeau
JARRETT P. AMBEAU (32089)
MAEGHEN E. KLING (38965)
4970 Bluebonnet Blvd., Ste. C
Baton Rouge, LA 70809
Telephone: (225) 330-7009
Facsimile: (225) 960-5864
Email: jarrett@ambeaulaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2025, a copy of the foregoing *Addendum to Motion to Continue Trial* was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to ECF/Email to all parties by operation of the court's electronic filing system.

*s/Jarrett P. Ambeau*
Jarrett P Ambeau