UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CRIMINAL DOCKET NO. 23-77-BAJ-RLB |
|---|---|
| VERSUS | JUDGE BRIAN A. JACKSON |
| HANNAH KELLY KINCHEN | |

_____

**PROPOSED ORDER**

    CONSIDERING THE ABOVE AND FOREGOING ADDENDUM TO THE MOTION TO CONTINUE TRIAL:

    **IT IS ORDERED** that the Addendum is hereby attached to the previously filed Motion to Continue Trial (Doc. 81).

    Read and signed this _____ day of _____, 2025 in Baton Rouge, Louisiana.


_____
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA