UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET NO. 23-77-BAJ-RLB |
| VERSUS | JUDGE BRIAN A. JACKSON |
| HANNAH KELLY KINCHEN | |

_____

**MOTION FOR LEAVE OF COURT TO FILE ADDENDUM TO MOTION TO CONTINUE TRIAL AND STRIKE DOCUMENT 82 FROM THE RECORD**

NOW INTO COURT, through undersigned counsel, comes defendant, HANNAH KINCHEN, who respectfully moves this Honorable Court as follows:

1.

Defendant, HANNAH KINCHEN, requests Leave of Court to file Addendum to Motion to Continue Trial (Doc. 81).

2.

Undersigned counsel, Jarrett Ambeau, obtained new information after the Motion to Continue (Doc. 81) was filed and requests that the Addendum be attached and considered for the ruling on the Motion to Continue Trial (Doc. 81).

3.

Further, through undersigned counsel, defendant, HANNAH KINCHEN, requests that Document 82 be struck from the record.

WHEREFORE, defendant, HANNAH KINCHEN, prays that the Court, considering the pleading herein, grants the Motion for Leave of Court to allow undersigned counsel to file the Addendum to the Motion to Continue Trial (Doc. 81) and further prays that the Court strike Document 82 from the record.

                                          RESPECTFULLY SUBMITTED:
                                          THE AMBEAU LAW FIRM

                                          /s/ Jarrett P. Ambeau
                                          JARRETT P. AMBEAU (32089)
                                          MAEGHEN E. KLING (38965)
                                          4970 Bluebonnet Blvd., Ste. C
                                          Baton Rouge, LA 70809
                                          Telephone: (225) 330-7009
                                          Facsimile: (225) 960-5864
                                          Email: jarrett@ambeaulaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2025, a copy of the foregoing *Motion for Leave of Court to file Addendum to Motion to Continue Trial* was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to ECF/Email to all parties by operation of the court's electronic filing system.

                                    *s/Jarrett P. Ambeau*
                                    Jarrett P Ambeau