UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**UNITED STATES OF AMERICA**          **CRIMINAL DOCKET NO. 23-77-BAJ-RLB**

**VERSUS**                                              **JUDGE BRIAN A. JACKSON**

**HANNAH KELLY KINCHEN**

_____

## PROPOSED ORDER

CONSIDERING THE ABOVE AND FOREGOING MOTION:

**IT IS ORDERED** that Leave of Court is Granted to HANNAH KINCHEN, to file the Addendum and attach to the previously filed Motion to Continue Trial (Doc. 81).

**IT IS FURTHER ORDERED** that Document 82 be struck from this record.

Read and signed this _____ day of _____, 2025 in Baton Rouge, Louisiana.


_____
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA