UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET NO. 23-77-BAJ-RLB |
| VERSUS | JUDGE BRIAN A. JACKSON |
| HANNAH KELLY KINCHEN | |

## MOTION TO PRECLUDE FILING OR MOTION TO STRIKE GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO CONTINUE TRIAL

**NOW INTO COURT, HANNAH KELLY KINCHEN**, by and through the undersigned counsel, respectfully submits this Motion to Preclude Filing or Motion to Strike Government's response to defendant's Motion to Continue Trial, for the reasons set forth below and more fully addressed in the attached Memorandum:

1.

The government was required to file a response to the timely-filed defense Motion to Continue the trial by 12:00 pm today, January 8, 2025, as per the instructions from the Court at pre-trial conference held on Monday, January 6, 2025, as well as the Minute Entry (Doc. 80).

2.

As of the filing of this Motion, a response to the Motion to Continue has still not been filed by the government.

WHEREFORE, defendant prays that the Court strike any response filed late, more than three (3) hours after the deadline to file, disregard the response sent via email and not filed in the record, and grant the Motion to Continue Trial filed by defendant, HANNAH KINCHEN.

RESPECTFULLY SUBMITTED:
THE AMBEAU LAW FIRM

  /s/ Jarrett P. Ambeau
JARRETT P. AMBEAU (32089)
MAEGHEN E. KLING (38965)
4970 Bluebonnet Blvd., Ste. C
Baton Rouge, LA 70809
Telephone: (225) 330-7009
Facsimile: (225) 960-5864
Email: jarrett@ambeaulaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2025, a copy of the foregoing *Motion to Preclude Filing or Motion to Strike Government's response to defendant's Motion to Continue Trial* was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to ECF/Email to all parties by operation of the court's electronic filing system.

*s/Jarrett P. Ambeau*
Jarrett P Ambeau