## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

**UNITED STATES OF AMERICA**   **CRIMINAL DOCKET NO. 23-77-BAJ-RLB**

**VERSUS**        **JUDGE BRIAN A. JACKSON**

**HANNAH KELLY KINCHEN**

---

### MEMORANDUM IN SUPPORT OF MOTION TO PRECLUDE FILING OR MOTION TO STRIKE GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO CONTINUE TRIAL

  The government was required to file a response to the timely-filed defense Motion to Continue the trial by 12:00 pm today, January 8, 2025, as per the instructions from the Court at pre-trial conference held on Monday, January 6, 2025, as well as the Minute Entry (Doc. 80).

  At 12:03 p.m. one of the US Attorney's enrolled in the matter sent an email with a Response to the Motion to Continue. In that email the government stated that they intended to file the response but were having technical difficulties related to filing the motion and attachments under seal.

  As of the time of the filing of this Motion, a response to the Motion to Continue has yet to be filed by the government.

  As a result of the government not complying with the deadlines ordered by the Court, defendant request the Court to strike any response filed late, more than three (3) hours after the deadline to file, disregard the response sent via email and not filed in the record, and grant the Motion to Continue on the pleadings filed.

RESPECTFULLY SUBMITTED:
THE AMBEAU LAW FIRM

_/s/ Jarrett P. Ambeau_____
JARRETT P. AMBEAU (32089)
MAEGHEN E. KLING (38965)
4970 Bluebonnet Blvd., Ste. C
Baton Rouge, LA 70809
Telephone: (225) 330-7009
Facsimile: (225) 960-5864
Email: jarrett@ambeaulaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2025, a copy of the foregoing *Memorandum in Support Motion to Preclude Filing or Motion to Strike Government's response to defendant's Motion to Continue Trial* was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to ECF/Email to all parties by operation of the court's electronic filing system.

*s/Jarrett P. Ambeau*
Jarrett P Ambeau