## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL DOCKET NO. 23-77-BAJ-RLB** |
| **VERSUS** | **JUDGE BRIAN A. JACKSON** |
| **HANNAH KELLY KINCHEN** | |

_____

### **PROPOSED ORDER**

CONSIDERING THE ABOVE AND FOREGOING MOTION:

**IT IS ORDERED** that the Government's Response to the Motion to Continue Trial is precluded due to no response or untimely response by the government.

**IT IS FURTHER ORDERED** that a Scheduling conference in this matter is set on the _____ day of _____, 2025 at _____ .m., for the purpose of picking a Trial date.

Read and signed this _____ day of _____, 2025 in Baton Rouge, Louisiana.

_____
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA