UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | |
| HANNAH KINCHEN | NO. 23-00077-BAJ-RLB |

### ORDER

Considering the Court's January 8 Order, (Doc. 87),

**IT IS ORDERED** that Defendant's **Motion To Preclude Filing Or Motion To Strike Government's Response To Defendant's Motion To Continue Trial (Doc. 86)** be and is hereby **TERMINATED AS MOOT.**

**IT IS FURTHER ORDERED** that Defendant's **Motion For Leave Of Court To File Addendum To Motion To Continue Trial And Strike Document 82 From The Record (Doc. 83)** be and is hereby **TERMINATED AS MOOT**.

Baton Rouge, Louisiana, this 10th day of January, 2025

JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA