**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL NO. 23-77-BAJ-RLB |
| *versus* | : |
| | : |
| HANNAH KINCHEN | : |

**UNITED STATES' UNOPPOSED MOTION TO RESET TRIAL DATE**

**NOW INTO COURT**, comes the United States of America, by and through undersigned counsel, and respectfully represents the following:

1.

This matter was set for trial on January 13, 2025. On January 7, 2025, Defendant filed a motion to continue, which the United States opposed. Rec. Docs. 81 and 85.

2.

On January 8, 2025, the Court granted Defendant's motion, resetting the trial to February 10-14, 2025. Rec. Doc. 87. The Court's order stated that no further continuances would be granted, even in the event of a scheduling conflict. *Id.*

3.

The United States has made diligent efforts to secure the presence of its witnesses, most of whom reside out of state. Despite these efforts, at least one (1) essential witness is unavailable for the new trial date due to pre-scheduled medical leave.

4.

Based on this information, the United States respectfully requests that the Court schedule a status conference to select a new trial date.

5.

The United States consulted with defense counsel, who does not oppose this motion.

**WHEREFORE**, the United States respectfully requests that the Court grant the *United States' Unopposed Motion to Reset Trial Dat*e and schedule a status conference at which the parties can select a new trial date.

Respectfully submitted this 16th day of January, 2025.

        UNITED STATES OF AMERICA, by

        RONALD C. GATHE, JR.
        UNITED STATES ATTORNEY

        /s/ Kristen Lundin Craig
        Kristen Lundin Craig, LBN 32565
        Assistant United States Attorney
        777 Florida Street, Suite 208
        Baton Rouge, Louisiana 70801
        Telephone: (225) 389-0443
        Fax: (225) 389-0561
        E-mail: kristen.craig@usdoj.gov

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 23-77-BAJ-RLB |
| *versus* | : | |
| | : | |
| HANNAH KINCHEN | : | |

# ORDER

Considering the *United States' Unopposed Motion to Reset Trial,*

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**, and a status conference to select a new trial date is set for _____, at _____ a.m. / p.m.

**DATED AND SO ORDERED** on this _____ day of _____, 2025, at Baton Rouge, Louisiana.

HONORABLE BRIAN A. JACKSON  
UNITED STATES DISTRICT COURT  
MIDDLE DISTRICT OF LOUISIANA