UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | |
| HANNAH KINCHEN | NO. 23-00077-BAJ-RLB |

### ORDER

Considering the potential for inclement weather that may impact courthouse operations on January 21, 2025,

**IT IS ORDERED** that, should a hearing be necessary to resolve the Parties discovery disputes, (Doc. 87), said hearing be and is hereby **RESET** to January 23, 2025, at 9:00 AM.

Baton Rouge, Louisiana, this 16th day of January, 2025

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA