**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**UNITED STATES OF AMERICA**          **CRIMINAL DOCKET NO. 23-77-BAJ-RLB**


**VERSUS**

                                                      **JUDGE BRIAN A. JACKSON**

**HANNAH KELLY KINCHEN**

---

### NOTICE TO PASS DISCOVERY HEARING

NOW INTO COURT, through undersigned counsel, comes defendant**,** HANNAH KINCHEN, who respectfully informs the Court that the Hearing to address outstanding discovery issues that is currently set for January 23, 2025, at 9:00 a.m. is no longer needed, as all discovery in this matter is complete and defendant is ready for trial.

                              RESPECTFULLY SUBMITTED:
                              THE AMBEAU LAW FIRM

                               _/s/ Jarrett P. Ambeau_____
                              JARRETT P. AMBEAU (32089)
                              MAEGHEN E. KLING (38965)
                              4970 Bluebonnet Blvd., Ste. C
                              Baton Rouge, LA 70809
                              Telephone: (225) 330-7009
                              Facsimile: (225) 960-5864
                              Email: jarrett@ambeaulaw.com


**CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2025, a copy of the foregoing *Notice to Pass Discovery Hearing* was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to ECF/Email to all parties by operation of the court's electronic filing system.

*s/Jarrett P. Ambeau*
Jarrett P Ambeau