UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | |
| **HANNAH KINCHEN** | **NO. 23-00077-BAJ-RLB** |

<u>**ORDER**</u>

Considering the Government's **Unopposed Motion To Reset Trial Date (Doc. 92, the "Motion")**,

**IT IS ORDERED** that the Motion be and is hereby **GRANTED**. The hearing scheduled for January 23, 2025, is hereby **CONVERTED** to a telephone status conference to discuss possible trial dates. Dial-in instructions shall be circulated to counsel prior to the conference.

Baton Rouge, Louisiana, this 21st day of January, 2025

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**