## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 23-77-BAJ-RLB |
| *versus* | : | |
| | : | |
| HANNAH KINCHEN | : | |

## JOINT REPORT PROPOSING TRIAL DATES

Pursuant to the Court's Order [Doc. No. 96] the parties hereby provide a joint report setting forth proposed dates for trial in this matter.

The parties met and conferred regarding possible trial dates. After consulting with victims and potential trial witnesses, the parties respectfully propose that the trial be rescheduled, if possible, for one of the weeks identified below:

Monday, March 17, 2025, through Friday, March 21, 2025

Tuesday, March 25, 2025, through Friday, March 28, 2025

Monday, March 31, 2025, through Friday, April 4, 2025

Monday, April 7, 2025, through Friday, April 11, 2025

The parties anticipate the trial will last approximately 3-4 days.

In the meantime, the parties are actively working towards a resolution of this matter without the need for trial. We plan to notify the Court as soon as possible should a resolution be reached.

Respectfully submitted this 31st day of January, 2025.

UNITED STATES OF AMERICA, by

RONALD C. GATHE, JR.
UNITED STATES ATTORNEY

/s/ Kristen Lundin Craig
**Kristen Lundin Craig, LBN 32565**
Assistant United States Attorney
777 Florida Street, Suite 208
Baton Rouge, Louisiana 70801
Telephone: (225) 389-0443
Fax: (225) 389-0561
E-mail: kristen.craig@usdoj.gov

/s/ Rachel L. Rothberg
Rachel L. Rothberg, CA BN #331595
Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Division
1301 New York Avenue NW, Suite 1100
Washington, DC 20530
Telephone: (202) 603-9145
Email: Rachel.Rothberg@usdoj.gov


**THE AMBEAU LAW FIRM**

/s/ Jarrett P. Ambeau
**Jarrett P. Ambeau, La. Bar No. 32089**
8460 Bluebonnet Blvd., Ste. A
Baton Rouge, Louisiana 70810
(225) 330-7009 (Phone)
(225) 960-5864 (Fax)
Email:  jarrett@ambeaulaw.com