UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | |
| **HANNAH KINCHEN** | **NO. 23-00077-BAJ-RLB** |

### ORDER

Considering the **Notice Of Defendant's Intent To Plead Guilty (Doc. 99)**,

**IT IS ORDERED** that Defendant's re-arraignment hearing be and is hereby **SET** for February 12, 2025, at 09:30 A.M. in Courtroom 2.

Baton Rouge, Louisiana, this 3rd day of February, 2025

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**