UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | |
| HANNAH KINCHEN | NO. 23-00077-BAJ-RLB |

ORDER

IT IS ORDERED that the re-arraignment hearing scheduled to begin on February 12, 2025, be and is hereby **RESET** to April 7, 2025, at 10:00 A.M.

Baton Rouge, Louisiana, this 6th day of February, 2025

JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA