# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL NO. 23-77-BAJ-RLB |
| *versus* | : |
| | : |
| HANNAH KINCHEN | : |

## MOTION TO WITHDRAW AS COUNSEL

NOW INTO COURT, comes the United States of America, by Steve Grocki, Chief of the Child Exploitation and Obscenity Section, Department of Justice-Criminal Division, through Rachel L. Rothberg, Trial Attorney, and respectfully represents the following:

1.

The United States of America is currently represented in this matter by both the United States Attorney's Office for the Middle District of Louisiana and the Department of Justice-Criminal Division's Child Exploitation and Obscenity Section.

2.

The Child Exploitation and Obscenity Section is no longer involved in this matter and will not be involved going forward. The United States of America will continue to be represented by the United States Attorney's Office for the Middle District of Louisiana, specifically, Kristen L. Craig, Assistant United States Attorney, who has been continuous counsel on this matter.

3.

Based on this information, the United States respectfully requests that the Court grant undersigned counsel's motion to withdraw as counsel in this matter.

WHEREFORE, the United States of America, through undersigned counsel, respectfully requests that the Court grant the *Motion to Withdraw as Counsel*.

Respectfully submitted this 20th day of August, 2025.

                UNITED STATES OF AMERICA, by

                MATTHEW R. GALEOTTI
                Acting Assistant Attorney General
                U.S. Department of Justice, Criminal Division

                STEVE GROCKI
                Chief, Child Exploitation and Obscenity Section
                U.S. Department of Justice, Criminal Division

                *s/ Rachel L. Rothberg*
                Rachel L. Rothberg
                Trial Attorney
                U.S. Department of Justice, Criminal Division
                Child Exploitation and Obscenity Section
                1301 New York Avenue, NW
                Telephone: (202) 603-9145
                E-mail: Rachel.Rothberg@usdoj.gov

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL NO. 23-77-BAJ-RLB |
| *versus* | : |
| | : |
| HANNAH KINCHEN | : |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Motion to Withdraw as Counsel* was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent via email to the Defendant's counsel of record.

Washington, D.C. this 20th day of August, 2025.

/s/ Rachel L. Rothberg
Rachel L. Rothberg, Trial Attorney
U.S. Department of Justice, Criminal Division
Child Exploitation and Obscenity Section