## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA　　　　　：

　　　　　　　　　　　　　　　　　：　CRIMINAL NO. 23-77-BAJ-RLB

　　*versus*　　　　　　　　　　　：

　　　　　　　　　　　　　　　　　：

HANNAH KINCHEN　　　　　　　　：

## <u>ORDER</u>

Considering the *Motion to Withdraw as Counsel,*

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**DATED AND SO ORDERED** on this _____ day of _____, 2025, at Baton

Rouge, Louisiana.

　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　HONORABLE BRIAN A. JACKSON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT
　　　　　　　　　　　　　　　　　　MIDDLE DISTRICT OF LOUISIANA