UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | |
| **HANNAH KINCHEN** | **NO. 23-00077-BAJ-RLB** |

### ORDER

Considering the Government's **Motions to Withdraw as Counsel (Doc. 119; Doc. 120),** representing that the Department of Justice Criminal Division's Child Exploitation and Obscenity Section is no longer involved in the above-captioned matter, and further representing that the Government will continue to be represented by Assistant United States Attorney Kristen L. Craig,

**IT IS ORDERED** that the Motions are **GRANTED**.

**IT IS FURTHER ORDERED** that Rachel L. Rothberg and Charles D. Schmitz are hereby **WITHDRAWN** as Counsel for the Government in the above-captioned matter.

Baton Rouge, Louisiana, this 12th day of September, 2025

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**