**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**UNITED STATES OF AMERICA**              **CRIMINAL DOCKET NO. 23-77-BAJ-RLB**

**VERSUS**                                        **JUDGE BRIAN A. JACKSON**

**HANNAH KELLY KINCHEN**

## MOTION TO WITHDRAW AS COUNSEL AND
## FOR APPOINTMENT OF COUNSEL ON APPEAL

NOW INTO COURT, through undersigned counsel, comes HANNAH KELLY KINCHEN, who respectfully moves this Honorable Court for an Order permitting counsel to withdraw as attorney of record for the defendant, HANNAH KELLY KINCHEN, and for appointment of counsel to represent the defendant on appeal before the United States Court of Appeals for the Fifth Circuit, as follows:

1.

Undersigned counsel was retained to represent the defendant in the above-captioned matter before this Court.

2.

On February 26, 2026, this Court entered a judgment following the defendant's conviction and sentencing.

3.

The defendant has filed a Notice of Appeal to the United States Court of Appeals for the Fifth Circuit.

4.

The defendant is financially unable to retain counsel for purposes of pursuing the appeal and qualifies for representation under the Criminal Justice Act.

5.

Accordingly, undersigned counsel respectfully requests permission to withdraw as counsel of record and that the Court appoint appellate counsel to represent the defendant in connection with the appeal.

WHEREFORE, mover respectfully prays that this Honorable Court grant this Motion and issue an Order permitting undersigned counsel to withdraw as attorney of record and appoint counsel pursuant to the Criminal Justice Act to represent the defendant on appeal.

Respectfully Submitted,

/s/ *Jarrett P. Ambeau*
**Jarrett P. Ambeau (BR#32089)**
The Ambeau Law Firm
4970 Bluebonnet Blvd Ste C
Baton Rouge, LA 70809
Telephone: 225-330-7009
Fax: 225-960-5864
Email: jarrett@ambeaulaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing Motion to Withdraw as Counsel of Record has this day been electronically filed by using the CM/ECF which will send a notice of electronic filing to opposing counsel in the United States Attorney's Office.

Baton Rouge, Louisiana, this 6th day of March, 2026.

/s/ *Jarrett P Ambeau*
JARRETT P. AMBEAU