**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**UNITED STATES OF AMERICA**                    **CRIMINAL NO. 23-77-BAJ-RLB**

**VERSUS**                                                        **JUDGE BRIAN A. JACKSON**

**HANNAH KELLY KINCHEN**

_____

**PROPOSED ORDER**

Considering the Motion to Withdraw as Counsel and for Appointment of Counsel on Appeal,

    **IT IS ORDERED** that the Motion is GRANTED.

    **IT IS FURTHER ORDERED** that Jarrett P. Ambeu and The Ambeau Law Firm are permitted

to withdraw as counsel of record for the defendant.

    **IT IS FURTHER ORDERED** that counsel shall be appointed pursuant to the Criminal Justice

Act to represent the defendant in the appeal before the United States Court of Appeals for the

Fifth Circuit.

    Read and signed this _____ day of _____, 2026 in Baton Rouge, Louisiana.


_____
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA