# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                                      CRIMINAL ACTION

VERSUS

HANNAH KINCHEN                                                NO. 23-00077-BAJ-RLB

## ORDER

Considering Defendant's **Motion to Withdraw as Counsel and for Appointment of Counsel on Appeal (Doc. 139)**,

IT IS ORDERED that Defendant's Motion is **GRANTED**.

IT IS FURTHER ORDERED that Jarrett P. Ambeau and the Ambeau Law Firm are hereby **WITHDRAWN** as Counsel of record for Defendant.

IT IS FURTHER ORDERED that this matter is hereby **REFERRED** to the Office of the Federal Public Defender, who shall assign counsel to represent Defendant Hannah Kinchen through her appeal of the above-captioned matter.

Baton Rouge, Louisiana, this 10th day of March, 2026

_____

JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA